

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,341-01

### EX PARTE MICAH CROFFORD BROWN, Applicant

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS IN CAUSE NO. 27,742 IN THE 354TH DISTRICT COURT HUNT COUNTY

*Per curiam*.

### O R D E R

In June 2013, a jury found applicant guilty of the offense of capital murder. *See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment questions, the trial court sentenced him to death.[1] On September 4, 2014, the State filed in this Court its brief on applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and

---

[1] *See* Art. 37.071. Unless otherwise indicated all references to Articles refer to the Code of Criminal Procedure.

(b), applicant's initial application for a writ of habeas corpus was due to be filed in the trial court on or before January 17, 2015, assuming a motion for an extension was timely filed and granted. It has been two years since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 120 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 29TH DAY OF MARCH, 2017.

Do Not Publish